# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2243
Lower Tribunal No. 15-9761 CC

————————

**James S. Lavold, Inc.,**
Appellant,

vs.

**Fire Alarm Specialists, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Damian & Valori LLP, and Russell Landy, and Johnny P. ElHachem, for appellant.

Taylor Espino Vega, PLLC, and Daniel R. Vega, Vanessa A. Van Cleaf, and Timothy D. Corwin, for appellee.

Before LINDSEY, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.